**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   Civ. No. 2:25-cv-00434 KG GJF

31 FIREARMS, AMMUNITION,
MAGAZINES, and EQUIPMENT,

      Defendants-*in-Rem.*

**DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

This matter having come before the court on the United States' Motion for Default

Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having

reviewed the motion and other material matters on file and being fully advised in the premises,

FINDS:

1.      The statements contained in the Request for Clerk's Entry of Default (Praecipe)

(Doc.10), the Clerk's Entry of Default (Doc.11), and the Motion for Default Judgment (Doc. 12)

are true.

2.      This Court has jurisdiction over the parties to and the subject matter of this action

and power to enter this Default Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Default Judgment

is entered in favor of the United States.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all rights, title and

interest in the Defendants 31 firearms, ammunition, magazines, and equipment are forfeited to

the United States and title thereto is vested in the United States.

/s/Kenneth J. Gonzales

CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

*Electronically Submitted 4/16/2026*
STEPHEN R. KOTZ
Assistant U.S. Attorney